STATE OF NORTH CAROLINA v. BOBBY ALLEN, ALIAS BOBBIE ALLEN

No. 6918SC205

(Filed 28 May 1969)

APPEAL by defendant from *Martin (Robert M.),* S.J., 6 January 1969 Session, Greensboro Division, GUILFORD County Superior Court.

Bobby Allen, alias Bobbie Allen, (defendant) was charged under a proper bill of indictment with the felonious breaking and entering of a building occupied by A & W Meat Company, Incorporated, in the City of Greensboro, Guilford County; in a second count with the felonious larceny of 840 pounds of beef; and in a third count with the felonious receiving of stolen merchandise knowing same to have been stolen.

On 14 October 1968 Judge Gwyn entered an order adjudging that the defendant was an indigent and appointing counsel to represent him. At the trial the defendant entered a plea of not guilty to each charge. The State introduced evidence which tended to show that, on the night of 6 October 1968, the defendant and three companions went to the building occupied by A & W Meat Company, Incorporated, on Patton Avenue in Greensboro; they were in an automobile belonging to one of the companions; the automobile was driven to the rear of the building; the defendant got out of the automobile and went to the front of the building; in a short period of time, the building's rear door opened and the defendant began removing large pieces of beef; this beef was hanging on hooks which were connected to a rail and the defendant pushed the beef out of the rear door by using this rail; the companions then took the beef and placed it in the rear of the automobile; while thus occupied, the lights of a police car were observed in the front of the building, whereupon the defendant and his companions ran from the scene; they were subsequently apprehended by police officers; the three companions told the police officers about the defendant and his implication in the episode; the companions likewise testified in the trial court.

The defendant introduced no evidence. The jury returned a verdict of guilty of the felony of breaking and entering, whereupon the trial judge sentenced him to be imprisoned for a term of not less than five years nor more than seven years in the State Department of Correction. The defendant excepted and appealed to this Court.

Counsel was assigned to the defendant to perfect his appeal, and the county was ordered to pay all necessary expenses in perfecting the appeal.

*Attorney General Robert Morgan and Staff Attorney (Mrs.) Christine Y. Denson for the State.*

*Shreve and Carrington by Kenneth M. Carrington for defendant appellant.*

STATE *v.* ALLEN

CAMPBELL, J.

Counsel for defendant candidly and frankly states that he can find no errors committed during the trial.

We have reviewed the record and we find no errors in the trial. The record reveals that the defendant had a fair and impartial trial, and his attorney protected his rights diligently.

Affirmed.

BRITT and MORRIS, JJ., concur.